994

JUSTICE DOUGLAS would grant certiorari.

No. 73–1409. WASNOWIC ET AL. v. CHICAGO BOARD OF TRADE ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6010. SMITH v. UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6115. HARRIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6122. MORALES-JARAMILLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6221. WANSLEY v. SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6243. STRONG v. GEORGIA. Sup. Ct. Ga. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6250. SMITH v. TWOMEY, WARDEN. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6406. KRAFT v. MARYLAND. Ct. App. Md. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6421. LANGS, GUARDIAN v. HARDER, COMMISSIONER OF WELFARE. Sup. Ct. Conn. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.